

SEAN F. MCAVOY
CLERK OF COURT

RENEA GROGAN
CHIEF DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF WASHINGTON
920 WEST RIVERSIDE AVENUE
P.O. BOX 1493
SPOKANE, WASHINGTON 99210
www.waed.uscourts.gov

(509) 458-3400
FAX (509) 458-3420

November 4, 2019

Michael Christian Radvanyi
372472
SPOKANE COUNTY JAIL
1100 WEST MALLON AVENUE
SPOKANE, WA 99260

RE: 2:19-CV-351-SMJ, 2:19-CV-352-SMJ, 2:19-CV-353-SMJ, 2:19-CV-355-SMJ, 2:19-356-SMJ, 2:19-CV-359-SMJ, 2:19-CV-362-SMJ, 2:19-CV-366-SMJ, 2:19-CV-368-SMJ

Dear Mr. Radvanyi,

Your letter dated October 27, 2019 and addressed to Judge S. Mendoza, has been forwarded to this office for a reply.

Please be advised that it is inappropriate to correspond directly with a judicial officer. If you wish to make a request of the Court, you must do so in the form of a motion which is properly noted for hearing as required by LCivR 7(i), Local Civil Rules for the Eastern District of Washington. A copy of this Rule is included for your review.

You have inquired about the status of your case(s). Due to the high volume of prisoner litigation, your patience is appreciated.


Sincerely,

U.S. District Court, Eastern District of Washington


Enclosure

**LCivR 7(i)**

**PLEADINGS ALLOWED; FORM OF MOTIONS AND OTHER PAPERS**

**(i) Hearing on Motions.**

    **(1) Caption.** Any party filing a motion shall insert the date, time, and place (or phone number if by telephone) for the hearing in the motion's caption.

(sample caption—motion with telephonic oral argument)

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON

[Name of Plaintiff],           )
                               )
              Plaintiff,       )   NO. 12-CV-1234 -JLQ
                               )
      v.                       )   MOTION TO DISMISS
                               )
[Name of Defendant],           )   11/17/2012
                               )   With Oral Argument: 10:30 a.m.
              Defendant.       )   Ph: 509-376-1330
                               )
```

(sample caption— motion without oral argument)

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON

[Name of Plaintiff],           )
                               )
              Plaintiff,       )   NO. 12-CV-1234 -JLQ
                               )
      v.                       )   MOTION TO DISMISS
                               )
[Name of Defendant],           )   11/17/2012
                               )   Without Oral Argument
              Defendant.       )
                               )
```

**(2) Time Requirements.**

**(A) Nondispositive Motions.** The date of the hearing for nondispositive motions must be at least 30 days after the motion's filing.

**(B) Dispositive Motions.** The date of the hearing for dispositive motions must be at least 50 days after the motion's filing.

**(C) Altering Hearing Time Requirements.** Hearing time requirements may only be altered by the Court. To seek an expedited hearing on a time sensitive matter, the moving party must file a motion to expedite, which (1) demonstrates good cause, (2) states the position of the opposing party, and (3) sets a date of hearing that is not less than 7 days after the motion's filing. Should the motion to expedite require more immediate judicial attention, the motion shall establish the necessity for an immediate hearing, and the filing party shall notify chambers staff of the motion. <u>A response memorandum to an expedited motion is due the day before the hearing set for the expedited motion.</u>

**(3) Obtaining a Hearing Date, Time, and Place.**

**(A) Without Oral Argument.** A motion to be heard without oral argument can be set on any weekday on or after the date calculated in [LCivR 7(i)(2)](LCivR 7(i)(2)).

*[Note: See the Electronic Case Filing Administrative Procedures regarding the time and place for motions without oral argument.]*

**(B) With Oral Argument.**

**(i) In General.** To obtain an oral argument hearing date (on or after the date calculated in [LCivR 7(i)(2)](LCivR 7(i)(2))), time, and place, the party shall (1) contact the opposing party to develop a list of mutually-agreeable hearing dates, times, and places; and then (2) contact the courtroom deputy to determine an available hearing date, time, and place. Telephonic argument may be requested, but the party should consult the courtroom deputy to determine the telephonic argument policy.

**(ii) Opposing Party May Elect.** If the moving party does not elect oral argument, the opposing party may elect oral argument by inserting the obtained hearing date, time, and place in the response memorandum's caption (with a notation that the previously-without-oral-argument hearing is now with oral argument).

**(iii) Court Discretion.** Notwithstanding the foregoing procedure, the Court may decide that oral argument is not warranted and proceed to determine any motion without oral argument.

**(iv) Hearing Length.** Unless specially ordered, not more than 15 minutes shall be allowed for each party for oral argument on any motion.

**(C) Waiver.** If oral argument is not elected, oral argument is waived absent a motion and good cause shown.